**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Wesley James Coontz, | No. CV-07-0499-PHX-FJM |
| Petitioner, | **ORDER** |
| vs. |  |
| Dora Schriro, et al., |  |
| Respondents. |  |

The court has before it petitioner's motion for reconsideration (doc. 27). He asks us to reconsider our order dated April 25, 2008 (doc. 25), where we denied his second amended petition for writ of habeas corpus because it is time barred. A motion for reconsideration will be granted only if the court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law. 389 Orange St. Partners v. Arnold, 179 F.3d 656, 665 (9th Cir. 1999). Petitioner does not make the necessary showing, but instead asserts the same arguments that he presented in his objections to the magistrate judge's report and recommendation. We have already carefully considered each of these arguments and concluded that they are without merit. We decline to revisit them now.

**IT IS ORDERED DENYING** petitioner's motion for reconsideration (doc. 27).

DATED this 12th day of May, 2008.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge